UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP,<br><br>                              Plaintiff,<br>v.<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP, ARENT FOX LLP, DORSEY & WHITNEY LLP, DUANE MORRIS LLP, JONES DAY, SCOTT JONES, GEOFFROY DE FOESTRAETS, JINGZHOU TAO, K&L GATES LLP, MORRISON & FOERSTER LLP, SHEPPARD MULLIN RICHTER & HAMPTON LLP, DLA PIPER (US) LLP, and DECHERT LLP,<br><br>                              Defendants. | No. 11-cv-05994 (CM)<br>No. 11-cv-05973 (CM)<br>No. 11-cv-05995 (CM)<br>No. 11-cv-05969 (CM)<br>No. 11-cv-05974 (CM)<br>No. 11-cv-05972 (CM)<br>No. 11-cv-05968 (CM)<br>No. 11-cv-05970 (CM)<br>No. 11-cv-05993 (CM)<br>No. 11-cv-05985 (CM)<br>No. 11-cv-05971 (CM)<br>No. 11-cv-05983 (CM)<br>No. 11-cv-05984 (CM) |

**NOTICE OF MOTION OF LAW FIRM DEFENDANTS FOR
CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)**

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law and all prior pleadings and proceedings heretofore had herein, and pursuant to the Court's Decision and Order (the "Decision"), dated May 24, 2012, defendants Akin Gump Strauss Hauer & Feld LLP, Arent Fox LLP, Dorsey & Whitney LLP, Duane Morris LLP, Jones Day, K&L Gates LLP, Morrison & Foerster LLP, Sheppard Mullin Richter & Hampton LLP, DLA Piper (US) LLP and Dechert LLP (collectively, the "Law Firms") will move this Court, before the Honorable Colleen McMahon, at Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for certification of the Decision for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: New York, New York
       June 6, 2012

    MILLER & WRUBEL P.C.

    By: /s/ Claire L. Huene
        Joel M. Miller
        Claire L. Huene
        570 Lexington Avenue
        New York, New York 10022
        Tel: (212) 336-3500
        Fax: (212) 336-3555

*Attorneys for Defendant Dechert LLP*

    MORRISON & FOERSTER LLP

    By: /s/ Brett H. Miller
        Brett H. Miller
        Erica J. Richards
        1290 Avenue of the Americas
        New York, New York 10104
        Tel: (212) 468-8000
        Fax: (212) 468-7900

*Attorneys for Defendant Morrison & Foerster LLP*

    K&L GATES LLP

    By: /s/ Jeffrey N. Rich
        Jeffrey N. Rich
        599 Lexington Avenue
        New York, New York 10022
        Tel: (212) 536-4097
        Fax: (212) 536-3091

*Attorneys for Defendant K&L Gates LLP*

        QUINN EMANUEL URQUHART &  
        SULLIVAN LLP

        By: /s/ Susheel Kirpalani  
           Eric J. Emanuel  
           Susheel Kirpalani  
           Eric M. Kay  
           51 Madison Avenue, 22nd Floor  
           New York, New York 10010  
           Tel: (212) 849-7000  
           Fax: (212) 849-7100

*Attorneys for Defendant*  
*Akin Gump Strauss Hauer &Feld LLP*


        DUANE MORRIS LLP  
        A Delaware Limited Liability Partnership

        By: /s/ Lawrence J. Kotler  
           Lawrence J. Kotler  
           1540 Broadway  
           New York, NY 10036-4086  
           Tel:  (212) 692-1000  
           Fax:  (212) 692-1020

           Lewis R. Olshin, Esquire  
           Lauren Lonergan Taylor, Esquire  
           30 South 17th Street  
           Philadelphia, PA  19103  
           Tel:  (215) 979-1000  
           Fax:  (215) 979-1020

*Attorneys for Defendant Duane Morris LLP*


        DORSEY & WHITNEY LLP

        By: /s/ Jessica D. Mikhailevich  
           Jessica D. Mikhailevich  
           250 Park Avenue  
           New York, NY  10177  
           Tel:  (212) 415-9200  
           Fax:  (212) 953-7201

*Attorneys for Defendant Dorsey & Whitney LLP*

ARENT FOX LLP

By: /s/ Allen G. Reiter
    Allen G. Reiter
    1675 Broadway
    New York, New York 10019
    Tel: (212) 484-3900

*Attorneys for Defendant Arent Fox LLP*


KRAMON & GRAHAM, P.A.

By: /s/ James P. Ulwick
    James P. Ulwick (*admitted pro hac vice*)
    Jean E. Lewis (*admitted pro hac vice*)
    One South Street, Suite 2600
    Baltimore, Maryland 21202
    Tel: (410) 752-6030

    - and -

MEISTER SEELIG & FEIN LLP

    Jeffrey Schreiber
    Howard Davis
    140 East 45th Street, 19th Floor
    New York, New York 10017
    Tel: (212) 655-2500
    Fax: (212) 655-3535

*Attorneys for Defendant*
*DLA Piper (US) LLP*

        SHEPPARD MULLIN RICHTER
          & HAMPTON LLP

        By: /s/ Daniel L. Brown
           Malani J. Cademartori
           Daniel L. Brown
           30 Rockefeller Plaza
           New York, New York 10112
           Tel: (212) 653-8700
           Fax: (212) 653-8701

           D. Ronald Ryland, Cal. Bar No. 49749
             (*admitted pro hac vice*)
           Four Embarcadero Center, 17th Floor
           San Francisco, CA 94111
           Tel: (415) 434-9100
           Fax: (415) 434-3947

*Attorneys for Defendant*
*Sheppard Mullin Richter & Hampton LLP*


        JONES DAY

        By: /s/ Geoffrey S. Stewart
           222 East 41st Street
           New York, New York 10017
           Tel: (212) 326-3939
           Fax: (212) 755-7306

           Geoffrey S. Stewart
           51 Louisiana Avenue, N.W.
           Washington, D.C. 20001
           Tel: (202) 879-3939
           Fax: (202) 626-1700

*Attorneys for Defendants Jones Day*
*and Scott Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2012, I caused the forgoing Notice of Motion to be served via the Court's Electronic Case Filing ("ECF") system and by electronic mail on counsel for plaintiff Development Specialists, Inc.

Dated:  New York, New York
        June 6, 2012

                                    /s/ Claire L. Huene
                                        Claire L. Huene